LIPSON NEILSON P.C.
JOSEPH P. GARIN, ESQ. (BAR No. 6653)
KALEB D. ANDERSON, ESQ. (BAR No. 7582)
DAVID T. OCHOA, ESQ. (BAR No. 10414)
9900 Covington Cross Dr., Suite 120
Las Vegas, NV 89144
(702) 382-1500 Phone
(702) 382-1512 Fax
jgarin@lipsonneilson.com
kanderson@lipsonneilson.com
dochoa@lipsonneilson.com

*Attorneys for Defendant SUNRISE VILLAS
CONDOMINIUM HOMEOWNERS ASSOCIATION*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK, AS TRUSTEE, ON BEHALF OF THE REGISTERED HOLDERS OF ALTERNATIVE LOAN TRUST 2007-OA7, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-OA7, <br><br> Plaintiff, <br><br> v. <br><br> THUNDER PROPERTIES, INC. a Nevada corporation; SUNRISE VILLAS CONDOMINIUM HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation, E. ALAN TIRAS, ESQ., an individual; and E. ALAN TIRAS, P.C., a Nevada Professional Corporation, <br><br> Defendants. | Case No. 3:16-cv-00097-MMD-WGC <br><br><br> **STIPULATION ANR ORDER TO EXTEND DISPOSITIVE MOTIONS DEADLINE** <br><br> **[FIRST REQUEST]** |

Plaintiff Bank of New York Mellon as Trustee and Defendants Thunder Properties, Inc. and Sunrise Villas Condominiums Homeowners Association stipulate to extend the dispositive motions deadline sixty days, as follows:

1. On January 10, 2018, this court stayed this case and denied all pending motions without prejudice pending the Nevada Supreme Court resolving the certified question in *SFR Invs. Pool 1, LLC v. The Bank of New York Mellon f/k/a the Bank of*

**LIPSON NEILSON, P.C.**
9900 Covington Cross Drive, Suite 120, Las Vegas, Nevada 89144
Telephone: (702) 382-1500  Facsimile: (702) 382-1512

*New York as Trustee for the Certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2006-6*, Case No. 72931 (the **certified question case**). (ECF No. 61.) The court ordered all pending motions may be re-filed within thirty days from the decision. (*Id.*) The court directed the parties to file a status report on the resolution of the certified question.  (ECF No. 63.)

2.      The Nevada Supreme Court answered the certified question on August 2, 2018. *SFR Invs. Pool 1, LLC*, 2018 WL 3655608, at *1 (Nev. Aug. 2, 2018). The parties understand the dispositive motions deadline is September 4, 2018, as a result. (ECF No. 61.) The parties intend to file summary judgment motions, but do not intend to re-file the same briefing they previously filed in light of the recent ruling in the certified question case. To allow time consider settlement after the answered certified question and to update their briefing, the parties stipulate the dispositive motions deadline shall be **November 5, 2018**.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

3.      This is the parties' first request to extend the dispositive motions deadline, and is not made to cause delay or prejudice to any party.

**WRIGHT, FINLAY & ZAK, LLP**                **ROGER P. CROTEAU & ASSOCIATES, LTD.**

/s/ Victoria L. Hightower                                   /s/ *Timothy E. Rhoda*
_____              _____
VICTORIA L. HIGHTOWER, ESQ.                   TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 10897                                    Nevada Bar No. 7878
7785 W. Sahara Ave., Ste. 200                      9120 West Post Road, Suite 100
Las Vegas, NV  89117                                     Las Vegas, Nevada 89148

*Attorneys for Plaintiff*                                      *Attorney for Defendant*
*Bank of New York Mellon*                               *Thunder Properties, Inc.*


**LIPSON NEILSON P.C.**

/s/ *David T. Ochoa*
_____
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
KALEB D. ANDERSON, ESQ.
Nevada Bar No.7582
DAVID T. OCHOA, ESQ.
Nevada Bar. No. 10414
9900 Covington Cross Dr., Suite 120
Las Vegas, NV 89144

*Attorneys for Defendant*
*Sunrise Villas Condominium*
*Homeowners Association*

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED:_September 4, 2018_____