ROGER P. CROTEAU, ESQ.
Nevada Bar No. 4958
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
ROGER P. CROTEAU & ASSOCIATES, LTD.
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
(702) 254-7775
(702) 228-7719 (facsimile)
croteaulaw@croteaulaw.com
*Attorney for Defendant*
**THUNDER PROPERTIES, INC.**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK, AS TRUSTEE, ON BEHALF OF THE REGISTERED HOLDERS OF ALTERNATIVE LOAN TRUST 2007-OA7, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-OA7,<br><br>Plaintiff,<br><br>vs.<br><br>THUNDER PROPERTIES, INC., a Nevada corporation; SUNRISE VILLAS CONDOMINIUM HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation; E. ALAN TIRAS, ESQ., an individual; and E. ALAN TIRAS, P.C., a Nevada Professional Corporation,<br><br>Defendants. | Case No. 3:16-cv-00097-MMD-WGC |

**JOINT MOTION TO EXTEND TIME TO FILE NOTICE OF APPEAL**

COMES NOW, Defendants, THUNDER PROPERTIES, INC. (*"Thunder"*) and SUNRISE VILLAS CONDOMINIUM HOMEOWNERS ASSOCIATION (*"HOA"*), and Plaintiff, BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK, AS

TRUSTEE, ON BEHALF OF THE REGISTERED HOLDERS OF ALTERNATIVE LOAN TRUST 2007-OA7, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-OA7 (*"BoNYM"*), by and through their undersigned counsel, and hereby jointly move this Court to extend the time to file a Notice of Appeal in this matter, stating as follows:

1. On August 26, 2019, this Court entered an Order granting BoNYM's Motion for Summary Judgment. [ECF #82].

2. On the same date, a Final Judgment was entered. [ECF #83].

3. Since the entry of the Final Judgment, Thunder, HOA and BoNYM, as well as the previously dismissed Defendants, E. Alan Tiras, Esq. and E. Alan Tiras, P.C., have negotiated the terms of an amicable global settlement of all claims that exist between them in relation to the subject matter of this litigation. All necessary terms have been agreed upon but the parties need to prepare and execute a settlement agreement memorializing their agreement.

4. The current deadline to file a Notice of Appeal is September 25, 2019.

5. The parties desire to document and finalize their settlement before incurring the costs associated with an appeal.

6. Fed. R. App. P. 4 provides in pertinent part as follows:

   (5) *Motion for Extension of Time.*
   (A) The district court may extend the time to file a notice of appeal if:
   (i) a party so moves no later than 30 days after the time prescribed by this Rule 4(a) expires; and
   (ii) regardless of whether its motion is filed before or during the 30 days after the time prescribed by this Rule 4(a) expires, that party shows excusable neglect or good cause.
   (B) A motion filed before the expiration of the time prescribed in Rule 4(a)(1) or (3) may be ex parte unless the court requires otherwise. If the motion is filed after the expiration of the prescribed time, notice must be given to the other parties in accordance with local rules.
   (C) No extension under this Rule 4(a)(5) may exceed 30 days after the prescribed time or 14 days after the date when the order granting the motion is entered, whichever is later.

7. Pursuant to Fed. R. App. P. 4, Thunder, HOA and BoNYM respectfully request that this Court enter an Order extending the deadline to file a Notice of Appeal

herein until (a) October 25, 2019; or (b) 14 days after an Order granting this Motion is entered, whichever is later.

8. This Motion is made in good faith and not for purpose of delay.

Dated this 23rd day of September, 2019.

ROGER P. CROTEAU &
  ASSOCIATES, LTD.

/s/ *Timothy E. Rhoda*
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
(702) 254-7775
croteaulaw@croteaulaw.com
***Attorney for Defendant***
***Thunder Properties, Inc.***

LIPSON NEILSON, P.C.

/s/ *David T. Ochoa*
DAVID T. OCHOA, ESQ.
Nevada Bar No. 10414
9900 Covington Cross Drive
Suite 120
Las Vegas, NV 89144
702-382-1500
702-382-1512 (fax)
dochoa@lipsonneilson.com
***Attorney for Defendant***
***Sunrise Villas Condominium Owners Association***

WRIGHT, FINLAY & ZAK, LLP

/s/ *Dana Nitz*
DANA JONATHON NITZ , ESQ.
Nevada Bar No. 00050
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
702-475-7964
702-946-1345 (fax)
dnitz@wrightlegal.net
***Attorney for Plaintiff***
***Bank of New York Mellon***

**IT IS SO ORDERED**

By: _____
    Judge, U.S. District Court

Dated: September 23, 2019

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this ___23rd___ day of September, 2019, I served via the United States District Court CM/ECF electronic filing system, the foregoing **JOINT MOTION TO EXTEND TIME TO FILE NOTICE OF APPEAL** to the following parties:

Victoria Hightower
Wright, Finlay & Zak, LLP
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
702-475-7964
702-946-1345 (fax)
vhightower@wrightlegal.net
*Attorney for Plaintiff*
*Bank of New York Mellon*

Dana Jonathon Nitz
Wright, Finlay & Zak, LLP
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
702-475-7964
702-946-1345 (fax)
dnitz@wrightlegal.net
*Attorney for Plaintiff*
*Bank of New York Mellon*

Edgar C. Smith
Wright, Finlay & Zak, LLP
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
702-475-7964
702-946-1345 (fax)
esmith@wrightlegal.net
*Attorney for Plaintiff*
*Bank of New York Mellon*

Kaleb D. Anderson
Lipson Neilson Cole Seltzer & Garin, P.C.
9900 Covington Cross Dr., Suite 120
Las Vegas, NV 89144
(702) 382-1500
(702) 382-1512 (fax)
kanderson@lipsonneilson.com
*Attorney for Defendant*
*Sunrise Villas Condominium Owners Association*

David T. Ochoa
Lipson Neilson Cole Seltzer & Garin, P.C.
9900 Covington Cross Drive
Suite 120
Las Vegas, NV 89144
702-382-1500
702-382-1512 (fax)
dochoa@lipsonneilson.com
*Attorney for Defendant*
*Sunrise Villas Condominium Owners Association*

Joseph P. Garin
Lipson Neilson Cole Seltzer & Garin, P.C.
9900 Covington Cross Dr., Suite 120
Las Vegas, NV 89144
702-382-1500
702-382-1512 (fax)
NVECF@lipsonneilson.com
*Attorney for Defendant*
*Sunrise Villas Condominium Owners Association*

/s/ *Timothy E. Rhoda*
An employee of ROGER P. CROTEAU & ASSOCIATES, LTD.