SAO
WRIGHT, FINLAY & ZAK, LLP
Dana Jonathon Nitz, Esq.
Nevada Bar No. 0050
7785 W. Sahara Avenue, Suite 200
Las Vegas, Nevada 89117
(702) 475-7964; Fax: (702) 946-1345
dnitz@wrightlegal.net
*Attorneys for Plaintiff, Bank of New York Mellon, F/K/A Bank Of New York, As Trustee, On Behalf Of The Registered Holders Of Alternative Loan Trust 2007-OA7, Mortgage Pass-Through Certificates Series 2007-OA7*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK, AS TRUSTEE, ON BEHALF OF THE REGISTERED HOLDERS OF ALTERNATIVE LOAN TRUST 2007-OA7, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-OA7,<br><br>        Claimant,<br><br>vs.<br><br>THUNDER PROPERTIES, INC., A Nevada corporation; SUNRISE VILLAS CONDOMINIUM HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation; E. ALAN TIRAS, ESQ., an individual and E. ALAN TIRAS, P.C., a Nevada Professional Corporation,<br><br>        Respondent. | Case No.: 3:16-CV-00097-MMD-WGC<br><br>**STIPULATION AND ORDER TO DISMISS PURSUANT TO SETTLEMENT** |

COME NOW, Plaintiff, BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK, AS TRUSTEE, ON BEHALF OF THE REGISTERED HOLDERS OF ALTERNATIVE LOAN TRUST 2007-OA7, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-OA7 ("BoNYM"), Defendants, THUNDER PROPERTIES, INC. ("Thunder"), SUNRISE VILLAS CONDOMINIUM HOMEOWNERS ASSOCIATION ("Sunrise"), E. ALAN TIRAS, ESQ. and E. ALAN TIRAS, P.C. ("Tiras"), (collectively, the

"Parties"), by and through their undersigned attorneys hereby stipulate and agree as follows:

WHEREAS:

1. The real property which is the subject of this suit is commonly known as a residence commonly known as 1001 Baywood Drive, Unit A, Sparks, Nevada 89434, APN 036-372-23 hereinafter, the "Property") and is part of the Sunrise Villas Condominium Homeowners Association;

2. On February 24, 2016, BoNYM filed a Complaint for Quiet Title and other claims against Thunder, Sunrise and Tiras;

3. On August 26, 2019, this Court entered an Order granting BoNYM's Motion for Summary Judgment [ECF #82] and a corresponding Final Judgment [ECF #83].

4. On February 15, 2017, BoNYM and Tiras stipulated to dismissal of the Tiras Defendants without prejudice, and thereupon an Order approving the Stipulation was entered February 16, 2017.

5. The Parties have now come to a resolution regarding their respective claims and interests in the Property;

6. The Parties have executed a settlement agreement, the terms of which are confidential, but under which BoNYM agrees to relinquish its right, title and interest in the Property for agreed-upon consideration;

7. Nothing in this Stipulation should be construed as intended to benefit any party other than BoNYM, Thunder, Sunrise and Tiras, and in particular, shall not constitute a waiver or relinquishment of any claims by BoNYM against the borrower, Danielle Moore ("Borrower"); and

8. Each Party shall bear its own fees and costs incurred in this litigation and settlement.

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED** that BoNYM's First Amended Complaint against Thunder, Sunrise and Tiras is hereby dismissed in its entirety *with prejudice*.

**IT IS FURTHER STIPULATED AND AGREED** that nothing in this Stipulation and

Order is intended to be, or will be, construed as an admission of the claims or defenses of the Parties.

**IT IS FURTHER STIPULATED AND AGREED** that this Stipulation and Order is in no way intended to impair the rights of BoNYM (or any of its authorized servicers, agents, investors, affiliates, predecessors, successors, and assigns) to pursue any and all remedies against Borrower, as defined in the Note, that BoNYM (or any of its authorized servicers, agents, investors, affiliates, predecessors, successors, and assigns) may have relating to the Note, including the right to sue Borrower for any deficiency.

**IT IS FURTHER STIPULATED AND AGREED** that each Party shall bear its own attorney's fees and costs incurred in this litigation and settlement.

**IT IS SO STIPULATED.**

Dated this 11th day of December, 2019.

WRIGHT, FINLAY & ZAK, LLP

*/s/ Dana Jonathon Nitz*
Dana Jonathon Nitz, Esq.
Nevada Bar No. 0050
Paterno C. Jurani, Esq.
Nevada Bar No. 8136
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
*Attorneys for Plaintiff*
*Bank of New York Mellon*

LIPSON NEILSON, P.C.

*/s/ David T. Ochoa*
/s/ David T. Ochoa
DAVID T. OCHOA, ESQ.
Nevada Bar No. 10414
9900 Covington Cross Drive
Suite 120
Las Vegas, NV 89144
702-382-1500
702-382-1512 (fax)
dochoa@lipsonneilson.com
*Attorney for Defendant*
*Sunrise Villas Condominium Owners Association*

Dated this 11th day of December, 2019.

ROGER P. CROTEAU & ASSOCIATES, LTD.

*/s/ Timothy E. Rhoda*
/s/ Timothy E. Rhoda
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
(702) 254-7775
croteaulaw@croteaulaw.com
*Attorney for Defendant*
*Thunder Properties, Inc.*

LAXALT & NOMURA, LTD

*/s/ Holly S. Parker*
/s/ Holly S. Parker
HOLLY S PARKER, ESQ.
Nevada Bar No. 10181
9790 Gateway Drive
Suite 200
Reno, NV 89521
775-322-1170
775-322-1865 (fax)
hparker@laxalt-nomura.com
*Attorney for Defendants*
*E. Alan Tiras Esq. and E. Alan Tiras P.C.*

**IT IS SO ORDERED.**

**By:** _____

Judge, U.S. District Court

Dated this __11th__ day of __December__, 2019.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of WRIGHT, FINLAY & ZAK, LLP; that electronic service of the foregoing **STIPULATION AND ORDER TO DISMISS PURSUANT TO SETTLEMENT** was made this 11th day of December, 2019 to all parties and counsel as identified on the Court-generated Notice of Electronic Filing.

                                      */s/ Lisa Cox*
                                      An Employee of WRIGHT, FINLAY & ZAK, LLP